# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

SCOTT THOMAS MARTIN,      :   No. 51 WM 2023

          Petitioner      :

         v.      :

ERIE COUNTY COURT OF COMMON PLEAS,      :

          Respondent      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2024, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus and/or Other Extraordinary Relief" is DENIED.

    Justice McCaffery did not participate in the consideration or decision of this matter.